**Cleveland SANDERS, Petitioner—**
**Appellant,**

v.

**SOUTH CAROLINA DEPARTMENT**
**OF CORRECTIONS, Defendant—**
**Appellee.**

No. 04–6480.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 15, 2004.

Decided: July 21, 2004.

Cleveland Sanders, Appellant pro se.

Susan Rawls Edwards, Nexsen Pruett, Columbia, South Carolina; Roy F. Laney, Riley, Pope & Laney, LLC, Columbia, South Carolina, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cleveland Sanders appeals the district court's order accepting the recommendation of the magistrate judge to deny his motion to remand his action back to state court. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Sanders v. South Carolina Dep't of Corr.,* No. CA–03–1127–6–25AK (D.S.C. Feb. 12, 2004). We deny Sanders's motion to consolidate, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*